Dunham v. Cox.

MARY S. DUNHAM, appellant,

v.

JOHN T. COX, collector of taxes of Readington township &c.,
respondent.

The statute (*Rev. Sup. p. 983*) which provides that mortgages made to the
Chancellor, in his official capacity, shall be assessed for taxes to the person
who has the beneficial interest therein, is unconstitutional, and includes
mortgages given to the Chancellor officially, to secure the annual payment
of a certain amount to a widow entitled to dower in the lands thus incum-
bered, and which were ordered by the Chancellor to be sold free from the lien
of dower, who further ordered that the widow's claim should be protected by
the said mortgages.

On appeal from a decree advised by Vice-Chancellor Bird.

Three mortgages on lands in the township of Readington were
given to the Chancellor for moneys, the interest of which was
payable annually to the appellant during her life, in lieu of her
dower in those lands, which, under the Chancellor's order, had
been sold free from the lien of her dower.

These mortgages were respectively assessed by the assessor
of Readington township to the appellant, and upon their non-
payment by her, the assessor filed his petition, and upon it the
mortgagors were decreed to pay said taxes, or to retain the
amount thereof out of the first interest moneys that should
accrue upon the respective mortgages.

*Mr. John N. Voorhees*, for appellant.

*Mr. H. B. Herr*, for respondent.

PER CURIAM.

The decree appealed from was made in November, 1885, upon
an *ex parte* hearing, in virtue of the supplement to the act con-
cerning taxes, which was approved March 17th, 1882 (*Rev. Sup.*

18

*983*), and provides that mortgages made to the Chancellor, in his official capacity, shall be assessed for taxes to the person who has the beneficial interest therein, or who is entitled to the interest or income thereof.

Subsequent to the making of the decree, in the case of *Shotwell* v. *Dalrymple, 20 Vr. 530,* the act above mentioned was declared, by the judgment of the supreme court, to be unconstitutional. We approve that decision for the reasons stated in the opinion, and, by authority of it, reverse the decree here appealed from.

*Decree unanimously reversed.*